**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| GREGORY H. SPIVEY, | : | |
| Petitioner | : | |
| v. | : | 1:05-CV-162 (WLS) |
| SHERIFF THURMOND ELLIS, et. al., | : | |
| Respondents | : | |

### ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. 7), filed on January 10, 2006. It is recommended that Plaintiff's claims against the Ben Hill County Board of Commissioners be dismissed and that Plaintiff's claims against Sheriff Thurmond Ellis be permitted to go forward to the extent Plaintiff makes any claims against Sheriff Ellis. *See id.* No objection has been filed.

Upon full review and consideration upon the record, the Court finds that Report and Recommendation (Doc. 7) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, the Ben Hill County Board of Commissioners are **DISMISSED** as Defendants; and Plaintiff's claims against Sheriff Ellis, to the extent that they exist, are **PERMITTED** to go forward.

**SO ORDERED**, this   29th   day of March, 2006.

  /s/W. Louis Sands
**W. LOUIS SANDS, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**