IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

GREGORY SPIVEY,

    Plaintiff,

v.                                                    1:05-CV-162(WLS)

SHERIFF THURMOND ELLIS,

    Defendant.

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed January 29, 2007, recommending that the instant action be dismissed for Plaintiff's failure to establish that he pursued administrative remedies prior to filing his Complaint as required by the Prison Litigation Reform Act, 42 U.S.C. §1997e(a). (Doc. 23). No objection has been filed.

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 23) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, the above-captioned action is **DISMISSED**.

**SO ORDERED**, this __27th__ day of February, 2007.

                                             /s/W. Louis Sands
                                             **THE HONORABLE W. LOUIS SANDS,**
                                             **UNITED STATES DISTRICT COURT**